| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 25 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LANCE BOLAND, an individual; et al.,

    Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellant,

and

DOES, 1-10,

    Defendant.

No. 23-55276

D.C. No. 8:22-cv-01421-CJC-ADS
Central District of California, Santa Ana

ORDER

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

    Submission of this case is vacated pending the en banc decision in *Duncan v. Bonta*, 9th Cir. No. 23-55805.