| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | MAR 27 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LANCE BOLAND, an individual; et al.,

        Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

        Defendant-Appellant,

 and

DOES, 1-10,

        Defendant.

No. 23-55276

D.C. No. 8:22-cv-01421-CJC-ADS
Central District of California, Santa Ana

ORDER

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

    The parties are directed to submit supplemental briefs of no more than 3,000 words each addressing the impact on this case, if any, of *Duncan v. Bonta*, No. 23-55805, 2025 WL 867583 (9th Cir. Mar. 20, 2025) (en banc), and discussing whether or not remand would be appropriate at this juncture. Plaintiffs-Appellees shall file their supplemental brief within 21 days of the date of this order. Defendant-Appellant shall file his supplemental brief within 14 days after the submission of Plaintiffs-Appellees' brief.